IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| RICHARD LAIRD, | : | |
| | : | |
| Appellant, | : | No. 17-9000 |
| | : | |
| | : | **(capital habeas corpus)** |
| v. | : | |
| | : | |
| SECRETARY, PA. DEPT. OF CORRECTIONS, et al., | : | |
| | : | |
| Appellees. | : | |

**APPELLANT'S MOTION TO RESCHEDULE ORAL ARGUMENT**

Appellant Richard Laird, by and through counsel, respectfully requests that the Court reschedule the oral argument that is currently set for September 18, 2024, for the following reasons:

1.  The Court has scheduled oral argument in this capital habeas corpus appeal for September 18, 2024, at 2 p.m.

2.  Prior to setting the above date and time for argument, the Court inquired of Counsel for all parties as to their availability for argument on September 18.

3.  Undersigned counsel for appellant responded that he would be available on September 18, but, unfortunately, counsel neglected to consult his non-work calendar before reporting his availability. Counsel recently noticed that

1

he has a previously scheduled family reunion from Saturday, September 14 through Wednesday, September 18, on the Oregon coast, which will require travel from and to the Philadelphia area on September 13 and September 19. Counsel has long since made a substantial and non-refundable deposit on a rental property where he and his seven older siblings (and their spouses) will be staying.

4. Undersigned counsel apologizes for his oversight in reporting that he would be available on September 18. Nevertheless, counsel respectfully requests that the Court reschedule the oral argument to any other time within the month of September other than the 16th through the 19th, or to any date within the month of October 2024. Counsel is also available throughout the months of July and August, subject to the Court's summer recess.

5. In the event the Court is unable to reschedule the argument, undersigned counsel will be present at the currently scheduled date and time. Counsel would nevertheless prefer to avoid truncating his previously scheduled family reunion, which he will do if the current schedule remains unchanged.

6. Undersigned counsel has contacted opposing counsel John T. Fegley, who intends to argue this matter for the appellees, and who states that he does not oppose the instant motion to reschedule the oral argument but requests that the Court refrain from scheduling the argument in June in light of Mr. Fegley's other professional obligations.

WHEREFORE, appellant respectfully requests that the Court reschedule the oral argument as described above.

                              Respectfully submitted,

                              /s/ Joseph W. Luby
                              JOSEPH W. LUBY
                              CRISTI CHARPENTIER
                              Assistant Federal Defender
                              Federal Community Defender Office
                                  for the Eastern District of Pennsylvania
                              601 Walnut Street, Suite 545 West
                              Philadelphia, Pennsylvania 19106
                              (215) 928-0520

                              *Counsel for Appellant Richard Laird*

Dated:   May 9, 2024

## **CERTIFICATE OF COMPLIANCE**

This motion contains 361 words, and thus complies with the word limitation of Fed. R. App P. 27(d)(2)(A). This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14.

## **CERTIFICATE OF SERVICE**

I, Joseph W. Luby, hereby certify that on this 9th day of May 2024, the foregoing document was filed electronically and is available for viewing and downloading from the ECF system by:

> John T. Fegley, Esquire
> Office of the Bucks County District Attorney
> 55 East Court Street
> Doylestown, PA 18901

>                                        /s/ Joseph W. Luby
>                                        *Counsel for Appellant Richard Laird*