UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 17-9000

Richard Laird vs. Secretary PA Dept. Corrections, et al

Calendar Date: October 8, 2024   Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: /s/ Jfegley1987

Designation of Arguing Counsel: John T. Fegley, Esq.

Member of the Bar:  ☑ Yes   ☐ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ☑ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

Secretary Pa Dept. Corrections

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)